# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1166**
**CAF 13-00739**
PRESENT: SMITH, J.P., PERADOTTO, VALENTINO, WHALEN, AND DEJOSEPH, JJ.

---

IN THE MATTER OF BONNIE A. WILL,
PETITIONER-APPELLANT,

V                                                                    ORDER

JEFFREY M. ZDROJEWSKI, RESPONDENT-RESPONDENT.
(APPEAL NO. 2.)

---

TRIGILIO CIAMBRONE PARTNERSHIP, BUFFALO (ELIZABETH J. CIAMBRONE OF COUNSEL), FOR PETITIONER-APPELLANT.

J. ADAMS AND ASSOCIATES, PLLC, WILLIAMSVILLE (JOAN CASILIO ADAMS OF COUNSEL), FOR RESPONDENT-RESPONDENT.

CATHERINE E. NAGEL, ATTORNEY FOR THE CHILD, BUFFALO.

---

Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered April 11, 2013 in a proceeding pursuant to Family Court Act article 6. The order determined the petition withdrawn.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on September 8, 2014,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered: November 14, 2014                          Frances E. Cafarell
                                                    Clerk of the Court